IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,**<br><br>              **Plaintiff**,<br><br>      v.<br><br>**COURTYARD FINANCIAL, INC.,**<br><br>              **Defendant**. | CV F 06-1397 AWI DLB<br><br>**ORDER VACATING HEARING DATE OF MARCH 12, 2007 AND DENYING MOTION BECAUSE IT HAS BEEN WITHDRAWN**<br><br>(Document #18) |

    Defendant noticed for hearing a motion to dismiss. The matter was scheduled for hearing to be held on March 12, 2007. On March 2, 2007, the parties filed a stipulation to withdraw the motion to dismiss because the parties had agreed Plaintiff would file an amended complaint.

    Good cause having been presented, IT IS HEREBY ORDERED that the previously set hearing date of March 12, 2007, is VACATED, and no party shall appear at that time. Defendants' motion to dismiss is DENIED as moot and because it has been withdrawn.

IT IS SO ORDERED.

Dated:   **March 5, 2007**                       **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE