JEFFREY A. PARIS, State Bar No. 113527
PARIS AND PARIS, LLP
Paris Law Building
424 Pico Boulevard
Santa Monica, California 90405-1197
(310) 392-8722

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>COURTYARD FINANCIAL, INC.,<br><br>    Defendant. | Case No. 1:06-CV-01397-DLB<br><br>STIPULATION CONTINUING SETTLEMENT CONFERENCE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DATES |

Plaintiff and Defendant have been engaged in an ongoing dialogue regarding achieving a settlement of the plaintiff's complaint. Defendant has determined that it needs to obtain certain information regarding various loans it funded which information is not in the possession of either defendant or plaintiff. Plaintiff has agreed to provide defendant whatever information it may have regarding where this information may be obtained, so that it may be sought by way of subpoena or information discovery. Defendant has additionally determined that it requires the taking of depositions all of which must take place out of state including Virginia and Washington. As a consequence, neither plaintiff or defendant believe that the settlement conference scheduled for October 22, 2007 will be fruitful, until after efforts have been exhausted to secure the information sought by defendant. Therefore, in order to maximize the possibility that this case can be settled at the court ordered mandatory settlement conference, or before, the

parties hereto request that the following dates not scheduled be continued as set forth hereafter:

                                                  Proposed new dates:

Settlement Conference - Before Magistrate Judge Austin to be held on   2-4-08   at 10:30 a.m.

Discovery Cutoff -                                                                                              3-25-08

Filing Non-Dispositive Motion -                                                                       2-4-08

Hearing date for Non-Dispositive Motion -                                                     3-25-08

Filing Dispositive Motion -                                                                               3-25-08

Hearing date for Dispositive Motions -                                                           4-30-08

Pretrial Conference - Before Magistrate Judge Beck to be held on            5-2-08 at 1:30 p.m.

Trial Date - Before Magistrate Judge Beck to be hold on                          7-15-08 at 9:00 a.m.


The foregoing is agreed to.


     /s/ L. Clarke Rountree
Attorney for defendant
L. Clark Rountree, Esquire
2505-B W. Shaw Avenue, Suite 190
Fresno, California 93711


     /s/ Jeffrey A. Paris
Attorney for plaintiff
Jeffrey A. Paris, Esquire
424 Pico Boulevard
Santa Monica, California 90405

   IT IS SO ORDERED.

**Dated:   December 20, 2007**                          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE