JEFFREY A. PARIS, State Bar No. 113527
PARIS AND PARIS, LLP
Paris Law Building
424 Pico Boulevard
Santa Monica, California 90405-1197

(310) 392-8722

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME MORTGAGE CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>COURTYARD FINANCIAL, INC.<br><br>   Defendant. | Case No. 1:06-CV-01397-AWI-DLB<br><br>STIPULATION CONTINUING SETTLEMENT CONFERENCE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DATES |

   Plaintiff and Defendant have been engaged in an ongoing dialogue regarding the process of discovery in this matter. Plaintiff has submitted its initial disclosures and preliminary discovery requests. Defendant has also submitted initial disclosures and its responses to plaintiff's discovery requests.

   On February 1, 2008, Plaintiff brought a Motion to Compel Initial Disclosures and the Court determined that defendants should conduct the discovery necessary to reconcile their records with plaintiff's claims. The Court also ordered the Settlement Conference scheduled for February 4, 2008 taken off calendar and that the parties submit a proposed stipulated scheduling order.

   Defendant has determined that it needs to obtain certain information regarding various loans it funded which information is not in the possession of either defendant or plaintiff.  Plaintiff has agreed to provide defendant whatever information it may have regarding where this information may

be obtained, so that it may be sought by way of subpoena or information discovery. Defendant has additionally determined that it requires the taking of depositions all of which must take place out of state including Virginia and Washington.

As a consequence of the above, the parties hereto request that the following dates be continued as set forth hereafter:

|  | Current dates: | Proposed dates: |
|---|---|---|
| Settlement Conference | 02/04/08 | 05/12/08 |
| Discovery Cutoff | 03/25/08 | 06/16/08 |
| Filing Non-Dispositive Motion | 02/04/08 | 06/18/08 |
| Hearing date for Non-Dispositive Motion | 03/25/08 | 07/25/08 |
| Filing Dispositive Motion | 03/25/08 | 08/01/08 |
| Hearing date for Dispositive Motions | 04/30/08 | 09/05/08 |
| Pretrial Conference | 05/02/08 | 09/12/08 |
| Trial Date | 07/15/08 | 10/28/08 |

The foregoing is agreed to.

| | |
|---|---|
| ___/s/ L. Clark Rountree___ | ___/s/ Jeffrey A. Paris___ |
| Attorney for defendant | Attorney for plaintiff |
| L. Clark Rountree, Esquire | Jeffrey A. Paris, Esquire |
| 2505-B W. Shaw Avenue, Suite 190 | 424 Pico Boulevard |
| Fresno, California 93711 | Santa Monica, California 90405 |

The foregoing stipulation is hereby approved:

3 April 2008

/s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE