L. CLARKE ROUNTREE, #51477
Attorney at Law
2505-B W. Shaw Avenue, Suite 190
Fresno, California 93711
Telephone: (559) 650-6555
Facsimile: (559) 650-6558

Attorney for Defendant Courtyard Financial, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No. 1:06-cv-01397-AWI-DLB |
| | **STIPULATION CONTINUING PRETRIAL CONFERENCE AND RELATED MATTERS AND ORDER THEREON** |
| Plaintiff, | |
| vs. | Date: December 12, 2008 |
| | Time: 11:00 a.m. |
| COURTYARD FINANCIAL, INC., | Courtroom: 9 |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION and Defendant COURTYARD FINANCIAL INC. by and through their respective counsel that the Pretrial Conference set in the above matter on December 12, 2008 at 11:00 a.m. can be continued to a date in January to be determined by the court if necessary. The basis for this continuance is at the parties have tentatively settled this matter and are in the process of finalizing and executing settlement documents. In the event the settlement falls through the parties will immediately notify the court so that the Pretrial Conference and the previous Motion for Summary Judgment and Settlement Conference which have already been continued can be reset by the court.

STIPULATION CONTINUING PRETRIAL CONFERENCE AND RELATED MATTERS AND ORDER THEREON

1    Dated _____                Signed: /s/ SIGNED  L.ClARKE ROUNTREE
2                                              L. Clarke Rountree
3                                              Attorney for Defendant
4                                              Courtyard Financial Inc.
5
6
7
8    Dated:_____               Signed: /S/ SIGNED MURRAY A. ZEFFREN
                                               Murray A. Zeffren of Paris and Paris, LLP
9
                                               Attorneys for Plaintiff
10
                                               Federal Home Loan Mortgage Corporation.
11
12
13   **GOOD CAUSE APPEARING THEREFOR:**
14
15           **IT IS HEREBY ORDERED**   that the Pretrial Conference  in the above caption
     matter set for December 12, 2008 at 11:00 a.m.  is hereby by  taken off calendar pending finalization
16   of the settlement of the above matter, subject to being reset ,  upon notice to court by the parties,
17   should the settlement fail to go  through.
18
         IT IS SO ORDERED.
19
         **Dated:   December 15, 2008**            _____/s/ **Dennis L. Beck**_____
20                                                   UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28