JEFFREY A. PARIS, State Bar No. 113527
PARIS AND PARIS, LLP
424 Pico Boulevard
Santa Monica, California 90405-1197

Telephone: (310) 392-8722
Facsimile: (310) 392-1768

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>COURTYARD FINANCIAL, INC.,<br><br>Defendant. | Case No. 1:06-CV-01397-AWI-DLB<br><br>**NOTICE OF SETTLEMENT OF AND REQUEST FOR DISMISSAL OF CASE**<br><br>DATE:   None Set<br>TIME:   None Set<br>PLACE:  None Set |

PLEASE TAKE NOTICE that plaintiff Federal Home Mortgage Corporation and defendant, Courtyard Financial, Inc. by and through their counsel of record have agreed upon a complete settlement of this case, the performance of which has been successfully completely.

WHEREFORE, the parties to this case hereby stipulate and request that the present case be dismissed with prejudice and that this matter now be closed.

PARIS AND PARIS, LLP

By_____
Attorneys for Plaintiff

- 1 -

1

2          L. Clarke Rountree

3
           _____
4          Attorney for Defendant

5

6    The case of Federal Home Loan Mortgage Corporation vs. Courtyard Financial, Inc. is hereby

7    Ordered dismissed with prejudice.

8

9

10   Dated 20 July 2009

11
                                   /s/ Dennis L. Beck
12                                 Judge/Magistrate of the of the U.S. District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -